UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY LYLE LASKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1850 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that defendant's motion for summary judgment [Dkt. #17] is

GRANTED; it is

FURTHER ORDERED that the complaint as against Tioga County Sheriff's

Department, Dan Eiklor, Patrick Hogan and John and Jane Does is DISMISSED; and it is

FURTHER ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: February 17, 2010